The ATLANTIC REFINING COMPANY, Plaintiff-Appellant, v. JAMES B. BERRY SONS COMPANY, Inc., Defendant-Appellee.

No. 6213.

Circuit Court of Appeals, Third Circuit.

Feb. 28, 1940.

Theodore S. Kenyon, Edgar F. Baumgartner, and Kenyon & Kenyon, all of New York City, and Morris Cheston and Ballard, Spahr, Andrews & Ingersoll, all of Philadelphia, Pa., for appellant.

Thomas G. Haight, of Jersey City, N. J., and William F. Hall, of Washington, D. C., for appellee.

Before BIGGS and BUFFINGTON, Circuit Judges.

PER CURIAM.

The order entered in this cause upon September 27, 1939, 106 F.2d 644, was the order of this court, since Judge BUFFINGTON joined in authorizing its entry.

Accordingly, the petition for rehearing is denied.

David HOWELL v. UNIVERSAL PICTURES COMPANY, Inc.

No. 9720.

Circuit Court of Appeals, Ninth Circuit.

March 13, 1941.

H. S. Dottenheim, of Los Angeles, Cal., for appellant.

Loeb & Loeb and Norman Newmark, all of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and STEPHENS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.

George A. WALLACE et al. v. Wm. H. TUGGLE, Trustee in Bankruptcy of Escalon Winery, Inc.

No. 9765.

Circuit Court of Appeals, Ninth Circuit.

March 13, 1941.

Albert Picard, of San Francisco, Cal., and O. C. Parkinson, of Stockton, Cal., for appellants.

Edward F. Treadwell and Reginald S. Laughlin, both of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, and STEPHENS, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal herein dismissed, that a decree be filed and entered accordingly, and mandate of this court issued forthwith.